| Return | | |
|---|---|---|
| Case No.: 3:23MJ297 sdv | Date and time warrant executed: April 4/2023 | Copy of warrant and inventory left with: Google LLC |
| Inventory made in the presence of: | | |

Inventory of the property taken and name(s) of any person(s) seized:

Contents of one email account, provided in file 33018035-20230407.zip

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/11/2023

_Executing officer's signature_

Timothy L. Swec, Special Agent, FBI
_Printed name and title_